IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

GLEN EASLEY                                                             PLAINTIFF

v.                   Civil No. 04-6129

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                         DEFENDANT

**JUDGMENT**

On this 13th day of January, 2006, the Court has before it for consideration the request for attorney's fees filed by plaintiff's attorney, Donald Pullen, pursuant to the Equal Access to Justice Act, *28 U.S.C. § 2412*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court hereby grants the motion, and plaintiff's attorney is awarded fees and expenses in the amount of $2,281.25 under *28 U.S.C. § 2412*.

IT IS SO ORDERED.

                                                         /s/ Bobby E. Shepherd
                                                         HONORABLE BOBBY E. SHEPHERD
                                                         UNITED STATES MAGISTRATE JUDGE